CLINTON H. SMITH COMPANY, PLAINTIFF AND AP-
PELLEE, v. CHARLES W. OATHOUT, DEFENDANT AND
APPELLANT.

Submitted June 4, 1907—Decided November 11, 1907.

Under the act providing for appeals from city District Courts to the
Supreme Court (*Pamph. L.* 1902, *p.* 565), the appellant must
bring up, with the state of the case, a certified transcript of the
judgment record in the court below.

On appeal from the Second District Court of the. city of
Newark.

Before Justices HENDRICKSON, PITNEY and TRENCHARD.

For the plaintiff, *Jacob L. Newman.*

For the defendant, *Casimiro Scoppetone.*

The opinion of the court was delivered by

TRENCHARD, J.  This is an appeal from the Second Dis-
trict Court of the city of Newark.  The briefs deal with the
case as if it were taken pursuant to *Pamph. L.* 1902, *p.* 565.
Under that act the appellant must bring up, with the state of
the case, a certified transcript of the judgment record in the
court below.  *Katzin* v. *Jenny,* 45 *Vroom* 131.

In the present case there is no such transcript of the judg-
ment record, and therefore the appeal must be dismissed, with
costs.